UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                           CASE NO. 06 B 08309
    KENNETH MOORE
    LAURA MOORE                                  CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-4393      SSN XXX-XX-9446
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/13/06 and confirmed on 10/25/06.

2. The case was dismissed after confirmation, 06/27/2008.

3. The Debtor paid a total of $ 64770.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | 59374.98 | .00 | 59374.98 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 15595.86 | .00 | .00 |
| CITIFINANCIAL | SECURED VEHIC | 2275.00 | 148.10 | 1146.32 |
| FOSTER PREMIUM INC | SECURED | 265.00 | .00 | 188.39 |
| FOX METRO WATER REC DIST | SECURED | 270.00 | .00 | 188.39 |
| AMERICAN GENERAL FINANCE | SECURED | NOT FILED | .00 | .00 |
| VILLAGE OF OSWEGO | SECURED | 116.00 | .00 | 112.07 |
| AMERICA SECURITY INSURAN | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2222.47 | .00 | .00 |
| ARTISTIC SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 409.51 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| BRIAN R TONNER DDS | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | 642.69 | .00 | .00 |
| PARAGON WAY | UNSECURED | 347.61 | .00 | .00 |
| CHICAGO FINEST CARPET | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 690.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 790.42 | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 709.21 | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 419.61 | .00 | .00 |
| EASTVIEW ELEMENTARY | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |

```
LELAND SCOTT & ASSOC        UNSECURED     NOT FILED         .00         .00
MATRIX ACCT                 UNSECURED     NOT FILED         .00         .00
NICOR GAS                   UNSECURED        646.42         .00         .00
NORTHWEST ORTHO             UNSECURED     NOT FILED         .00         .00
OSWEGO COMMUNITY HIGH SC    UNSECURED     NOT FILED         .00         .00
PALMER REIFLER & ASSOC P    UNSECURED     NOT FILED         .00         .00
PFC                         UNSECURED        295.00         .00         .00
SAMUEL SCHWARTZ MD          UNSECURED     NOT FILED         .00         .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        528.64         .00         .00
SHORT TERM LOAN             UNSECURED        362.50         .00         .00
SPRINT NEXTEL               UNSECURED        374.00         .00         .00
TRAUGHBER JR                UNSECURED     NOT FILED         .00         .00
USA PAYDAY LOANS            UNSECURED       2135.96         .00         .00
AFNI/VERIZON                UNSECURED       1346.85         .00         .00
VERIZON WIRELESS            SPECIAL CLASS NOT FILED         .00         .00
WASHINGTON MUTUAL BANK      UNSECURED     NOT FILED         .00         .00
GREAT AMERICAN FINANCE      SECURED          3000.00     109.10      863.40
GREAT AMERICAN FINANCE      UNSECURED       1330.00         .00         .00
CITIFINANCIAL               UNSECURED       3475.48         .00         .00
BENEFICIAL                  UNSECURED       8226.98         .00         .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  80896.84          .00     24953.35          .00    105850.19
PRINCIPAL PAID      61873.55          .00          .00          .00     61873.55
INTEREST PAID         257.20          .00          .00          .00        257.20
TOTAL PAID          62130.75          .00          .00          .00     62130.75
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $    3000.00
and was paid $    500.00   direct and $       .00  through the plan.

The Trustee received $    2639.25 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 09/10/08             /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                         PAGE   3
   CASE NO. 06 B 08309 KENNETH MOORE & LAURA MOORE
```